# No. 77

## IN THE MATTER OF TOBY, A PANIS

*October 13, 1807*

Abraham F. Hull, attorney for petitioner

*Held:* (*Journal, infra,* \*p. 94)

1. So much of the commitment as relates to the servant's humbling himself to his master's satisfaction is sufficient.

2. So much of the commitment as adjudges a slave to pay money is insufficient.

ORDERED that petitioner be discharged from prison and restored to his master's possession.